AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN D. BLACK,                           Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:08-CV-193-F |
| NEW JERSEY GOVERNMENT, CITY OF NEWARK, a municipal corporation of the State of New Jersey, RONALD RICE New Jersey State Senator, HOMEDEPORE, NJ, NJ, ANDTE SIGMONE, LUIS PROPERTIE LLC, NJ MOTOR VEHICLE SERVICE COMMISSION, SHARP JAMES, CORY BOOKER, Mayor of Newark, NJ,              Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendants' Motions to Dismiss are ALLOWED and this action is DISMISSED. All other pending motions are DENIED as moot.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 4, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| John D. Black<br>216 Scotland Avenue<br>Raeford, NC 28376 | Albert D. Barnes<br>P.O. Box 114<br>Trenton, NJ 08625-0114 |
| Charles E. Raynal, IV<br>150 Fayetteville Street Mall, Suite 1400<br>Raleigh, NC 27601 | Ronald Hill Garber<br>P.O. Drawer 1429<br>Raleigh, NC 27602 |
| <u>March 4, 2009</u><br>Date | DENNIS P. IAVARONE<br>Clerk of Court<br><br>/s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |