UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CV-193-F

| | |
|---|---|
| JOHN D. BLACK, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NEW JERSEY GOVERNMENT, )<br>CITY OF NEWARK a municipal corporation )<br>Of the state of N J RONALD RICE New Jersey )<br>State senator/HOMEDEPORE, N J )<br>ANDTE SIGMONE/LUIS PROPERTIE LLC )<br>N.J MOTOR VHICLE SERVICE/ )<br>COMMISSION/ SHARP JAMES (X) CORY )<br>BOOKER, Mayor of Newark, N J )<br>    Defendants. ) | <u>O R D E R</u> |

This matter is before the court on the "Motion to Certify Oringal[sic] Complaint" [DE-88] filed by the *pro se* Plaintiff. To the extent that Plaintiff seeks relief in the motion, it is DENIED.

SO ORDERED. This the 31st day of March, 2011.

                                                      James C. Fox
                                                    Senior United States District Judge